## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| KAREN MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 1:14-cv-3817 |
| | ) |
| CITIBANK, N.A. d/b/a Citi Card, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KAREN MILLER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: February 25, 2015        RESPECTFULLY SUBMITTED,

By: /s/Michael A. Siddons

Michael A. Siddons, Esq.
20 W Cherry St.
Rising Sun, MD 21911
(410) 705-0970
msiddons@siddonslaw.com
Attorney for Plaintiff,
KAREN MILLER

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                            By: /s/ Michael A. Siddons
                                                    Michael A. Siddons
                                                    Attorney for Plaintiff